**Dismiss and Opinion Filed October 15, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00671-CR

**GILBERTO HERRERA VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-33652-I**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130671F.U05